**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodrigo GUILLEN–HERRERA, a.k.a.**
**Juan Martinez–Guillen, a.k.a. David**
**Diaz, Defendant–Appellant.**

**No. 06–14700**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 21, 2007.

Clarence W. Counts, Jr., Orlando, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before DUBINA, BLACK and CARNES, Circuit Judges.

PER CURIAM:

R. Fletcher Peacock, appointed counsel for Rodrigo Guillen–Herrera, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and convictions and sentence are **AFFIRMED.**